UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
February 27, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERICK HOWARD,<br><br>Defendant. | Case No. 2:24-mj-00022 JDP<br><br>ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DERICK HOWARD ,

Case No.  2:24-mj-00022 JDP , Charge §922(a)(1)(A) , from custody for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 10,000

    _X_ Unsecured Appearance Bond $ 10,000

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other): To be released 2/28/2024 at 9:00 AM to report immediately to Pretrial Services

Sacramento County Jail is further ORDERED to release the defendant with a _X_ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 26, 2024, at 2:00 pm.

By: _____
Magistrate Judge Jeremy D. Peterson