HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Rachelle.Barbour@fd.org

Attorney for Defendant
DERICK HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:24-MJ-0022 JDP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER PERMITTING TRAVEL TO OTHER DISTRICT FOR FEDERAL COURT DATE |
| DERICK HOWARD, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, HADDY ABOUZEID, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, DERICK HOWARD, that Mr. Howard be permitted to travel from his home in the Eastern District of California to the District of Nevada, Las Vegas Division, to attend his upcoming court date in that district on March 7, 2024, at 2:30 p.m.

Mr. Howard will leave the Sacramento area by car on Wednesday, March 6, 2024, at approximately noon and drive to Las Vegas, where he will spend the night of March 6 at a hotel, attend Court on March 7 in the afternoon at 2:30 p.m., spend the night of March 7 at the same hotel, then return to Sacramento by car on March 8, 2024. Mr. Howard will arrive in

Sacramento by 4:00 p.m. on March 8, 2024, so that he can check in with his Pretrial Services Office by 4:30 p.m. that day.

Because Mr. Howard currently is on location monitoring, the Pretrial Services Office requested that counsel file the instant stipulation allowing him to travel for his court date unmonitored. The Pretrial Services Officer has reviewed this stipulation and approved it.

Dated: March 4, 2024               Respectfully submitted,

                                   HEATHER E. WILLIAMS
                                   Federal Public Defender

                                   /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   DERICK HOWARD

Dated: March 4, 2024               PHILLIP A. TALBERT
                                   United States Attorney

                                   /s/ Haddy Abouzeid
                                   HADDY ABOUZEID
                                   Assistant United States Attorney
                                   Attorney for Plaintiff

## O R D E R

The Court hereby approves the above travel plans and modifies the conditions of release to allow Mr. Howard to travel unmonitored to his upcoming court date in Las Vegas, Nevada.

Dated: March 4, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Howard – Stip/Order re: travel to court date          -2-