HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
916-498-5700
Rachelle.Barbour@fd.org

Attorney for Defendant
DERICK HOWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERICK HOWARD, <br><br> Defendant. | Case No. 2:24-MJ-0022 JDP <br><br> STIPULATION AND [proposed] ORDER EXTENDING LOCATION MONITORING CURFEW <br><br> Duty: Hon. Chi Soo Kim |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, HADDY ABOUZEID, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, attorney for Defendant, DERICK HOWARD, that Special Condition of Release number 15 (curfew) be modified as follows:

15.CURFEW: You must remain inside your residence every day from 9:30 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

The prior curfew was at 7:00 p.m., and Mr. Howard has been compliant. He seeks a second job and has requested that his curfew be adjusted so that he can find a second job in the evenings, as he already works during the day.

The Pretrial Services Officer has reviewed this stipulation and approved it.

Dated: May 13, 2024                    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Rachelle Barbour*
RACHELLE BARBOUR
Assistant Federal Defender
Attorneys for Defendant
DERICK HOWARD

Dated: May 13, 2024                    PHILLIP A. TALBERT
United States Attorney

*/s/ Haddy Abouzeid*
HADDY ABOUZEID
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court modifies special condition of release 15 as set forth above.

DATED:  May  13, 2024

_____
HON. CHI SOO KIM
United States Magistrate Judge